# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Donald Ray Askew**

                    Plaintiff(s),

vs.                                             Case No.  26-cv-985-JWB/LIB
                                                (To be assigned by Clerk of District Court)

**FBI Bureau St. Cloud, MN**


                                                DEMAND FOR JURY TRIAL

                                                YES ✔        NO ☐

                                                **RECEIVED**
                                                BY MAIL

                    Defendant(s).               **FEB 02 2026**

(Enter the full name(s) of ALL defendants in      CLERK, U.S. DISTRICT COURT
this lawsuit. Please attach additional sheets           ST. PAUL, MN
if necessary).

## COMPLAINT

PARTIES

1.  List your name, address and telephone number. Do the same for any additional plaintiffs.

    a.  Plaintiff

        Name                **Donald Ray Askew**

        Street Address      **105 Rail Road Ave NE apt 206**

        County, City        **Clear Water, Clear Brook**

        State & Zip Code    **Minnesota 56634**

        Telephone Number    **(218) 553-1470**



SCANNED
FEB 02 2026
U.S. DISTRICT COURT ST. PAUL

2.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

    a.  Defendant No. 1

| | |
|---|---|
| Name | **FBI Agent St, Cloud, M** |
| Street Address | **400 1St South St #400** |
| County, City | **Stearns, St. Cloud** |
| State & Zip Code | **Minnesota, 56301** |

    b.  Defendant No. 2

Name

Street Address

County, City

State & Zip Code

    c.  Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    18 U.S.C. § 241 and 242.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                State of Citizenship:

    Defendant No. 1:               State of Citizenship:

    Defendant No. 2:               State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☑ Defendant(s) reside in Minnesota  ☑ Facts alleged below primarily occurred in Minnesota
    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

**1. Defendant stalk plaintiff day and night. Defendant cause Plaintiff to be homeless and jobless using Federal Data.**
**2. Plaintiff is disabled blind in his left eye. Had two strokes, and face-mouth is twisted from anxiety caused by FBI agent.**
**3. FBI Agent constantly inflicts racial hate crimes on Defendant.**
**4. Dependent caused Plaintiff to be hit with a hammer in the back of the head. The FBI agent then told police and sheriffs not to make any arrests.**

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**1. 65 Million dollars for emotional distress and mental anguish for 6 1/2 years of illegal operations by FBI agent.**
**2. Grant order of Protection.**
**3. Grant Harassment order.**

Signed this \_\_\_\_    day of _____

Signature of Plaintiff _____

Mailing Address    **105 Rail Road Ave NE #206
Clear Brook, MN 56634**

Telephone Number    **(218) 553-1470**

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

DONALD RAY ASKEW

V

FBI BUREAU ST. CLOUD MN

FACTS/ WHAT TOOK PLACE FOR OVER 6 YEARS OF RACIAL HATE CRIMES WHILE PLANITIFF WORK UNDER FEDERAL GOVERNMENT LAWS, RULES, AND USC-UNITED STATES CONSITUTIONAL REGULATIONS. VIOLATIONS WITH WITNESS-EVIDENCE COMING FORWARD. OTHER LAW ENFORCEMENT AGENCYS THAT HE HAS INVOLVED INTO HIS LINE OF CRIMINAL ACTIVITIES AGAINST A SENIOR CITIZEN, ELDERLY, BLIND IN HIS LEFT EYE, PARALAYED ON HIS LEFT SIDE. PLAINITIFF LIVES WITH A BLOOD CLOTH ON HIS BRAIN FROM A ORDER CREATED BY FBI AGENT OF ST CLOUD MN. WITNESS WITH IN THIS ATTEMPT OF MURDEIING THE PLAINITIFF ARE COMING FORWARD. CHROMIC HIGH BLOOD PRESSURE ELDERLY CONTIONIONING NEEDS REST BUT WITH ILLEGALLY SURVILLANCE AND HOME BREAKING AND ENTERING OF THIS FBI AGENT, AND HIS FABRICATED HULLUCINATION OF HIS ATTEMPT TO DISABLE THE PLAINITIFF LIFE IN THIS WAY. IT WILL LIOOK LEGAL FOR HIS DEATH.

DURING PRESIDENT BIDEN CAMPAIGN, PLANITIFF WAS CONTACTED BY FACEBOOK NOTE, ON SERVER OCCASION WITH DEATH THREATENS, BY THIS SAME FBI AGENT! WHILE HE PLOTTED THE PLANITIFF DEATH ON THIS DAY BY SAYIING "IM GOING TO SNOOZE YOU' AFTER THAT. THE PLAINITIFF CONTACTED HIS SUPERIORS, PRESIDENT BIDEN AND MADAM VICE PRESIDENT KAMALA HARRIS. AFTER THE SET UP ON THE AGENT HE THE AGENT CONTACTED THE PLAINITIFF AGAIN WITHT SAME LIFE THREATEN WORDS, 'IM GOING TO SNOOZE YOUI' THE PRESIDENT -MADAM VICE PRESIDENT PICK UP ON IT ONLINE AND TOLD THIS FBI AGENT TO STAND DOWN. HE REFUSE TO BE HUMBLE HIS LIFE TO THE PRESIDENT OF THE UNITED STATES OF AMERICAN. THEY ARE EXICITED TO TESTIFY UNDER OTHA.

WE ARE AND HAVE SCRETE INDICTMENT CHARGES IN THIS CASE TO BRING THIS CIVIL MATTER INTO A CRIMINAL TRIAL AS WELL. HE HAS USED THE WHITE SUPREMACY OF THE POLICE DEPARTMENT, HIGHTWAY PATROL, STATE TROOPER, SHERIFF DEPARTMENT TO HARRASE THE PLAINITIFF WITH WITNIESS WIHIN SCRETE INDICTMENT CHARGES. FARTHER MORE, HE HAS DISOBEY THE FORMER PRESIDENT AND DISOBEY THE RULE OF THE DEPARTMENT OF JUSTICE UNDER FBI AGENT RULES AND CONDUICT POLICY. HE HAS CREATED ALL TYPES OF ILLEGAL BLACKMAIL, FRAME AND VIOLATION OF FEDERAL AND FBI RULES OF CONSPRIRACY TO COMMITT FELONY UNDER THE TRACKING LAW. THERE ARE WITNIESS COMING FORWARD TO HELP INDICT THIS CRIMINAL WHO HATE HIS JOB AS A FBI AGENT AND HE HAS ALWAYS CARRY OUT OURDER BY BEEIN PAY UNDER THE TABLE BY DONALD J. TRUMP.

THESE MENS ARE OUT TO KILL THE PLAINITIFF WITH FEDERAL WITNESS AND OTHER INFORMATION
FROM OTHER WHERE BOUT COMING FORWARD.

STOP!

#1